FILED
September 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CD_____
DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| IN THE MATTER OF )<br>)<br>THE EXTRADITION OF )<br>)<br>EULOGIO FLORES ROBLEDO ) | Misc No. 5:21-MJ-01043 |

**COMPLAINT FOR PROVISIONAL ARREST
WITH A VIEW TOWARDS EXTRADITION
(18 U.S.C. § 3184)**

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I represent the United States in fulfilling its treaty obligation to Mexico.

2. There is an extradition treaty in force between the United States and Mexico, the Extradition Treaty Between the United States of America and the United Mexican States, U.S.-Mex., May 4, 1978, 31 U.S.T. 5059, *as amended by* the Protocol to the Extradition Treaty Between the United States of America and the United Mexican States of May 4, 1978, U.S.-Mex., Nov. 13, 1997, S. Treaty Doc. No. 105-46 (1998) (collectively referenced hereafter as the "Treaty").

3. The Treaty provides in Article 11 for the provisional arrest of alleged fugitives pending the submission of a formal request and supporting documents.

4. In accordance with Article 11 of the Treaty, the Government of Mexico has asked the United States for the provisional arrest of Eulogio Flores Robledo ("Flores Robledo") with a view towards his extradition.

5. According to the information provided by the Government of Mexico, Flores Robledo

was charged with Aggravated Homicide, as defined and punished by Articles 329, 336, 350, section VII, paragraph second and third, and 310 of the Criminal Code for the State of Coahuila, Mexico.

6.    This offense was committed within the jurisdiction of Mexico. A warrant for Flores Robledo's arrest was issued on March 5, 2014, by the Second Judge of First Instance for Criminal Matters in the Judicial District of Rio Grande, at Piedras Negras, State of Coahuila, Mexico.

7.    The warrant was issued and is supported based on the following facts:

Flores Robledo is wanted on a charge of aggravated homicide for shooting and killing the boyfriend of his then-wife on November 28, 2013. During the same incident, Flores Robledo also shot his wife, who ultimately survived. The shootings took place at the home of Flores Robledo's then-wife and were witnessed by Flores Robledo's three minor children.

According to Flores Robledo's then-wife, G.H.L., she married Flores Robledo and had three children with him; the children were ages 17, 9, and 2 at the time of the crime in November 2013. G.H.L. told Mexican authorities that Flores Robledo insulted her and the children during her marriage, which eventually led her to separate from him. G.H.L. also stated that Flores Robledo threatened to kill her several times. According to a statement made by Flores Robledo's oldest daughter, E.F.R., Flores Robledo was aggressive, mistreated her mother, and insulted her and her siblings.

After G.H.L. separated from Flores Robledo, she began a relationship with Jose Vivian Reyes Garcia ("Reyes Garcia"), which continued until at least November 2013. The mother of Reyes Garcia, E.I.G.A., told police authorities that she overheard at least one threat Flores Robledo made against G.H.L. According to E.I.G.A., when Flores Robledo called G.H.L.,

G.H.L. put the phone on speaker, and E.I.G.A. heard Flores Robledo say to G.H.L., "You'll see, you bastard. You're an idiot and when you least expect it, I'll kill you and your children."

On November 28, 2013, at about 1:00 a.m., law enforcement authorities in the City of Allende, State of Coahuila, Mexico, received a report of gunfire from inside a residence. Law enforcement authorities went to the residence, which belonged to G.H.L. and Reyes Garcia. Mexican authorities found G.H.L. and Reyes Garcia injured with what appeared to be gunshot wounds. A used 9mm cartridge was found inside one of the bedrooms of the home. Both G.H.L. and Reyes were transported to the hospital, where Reyes Garcia died of his injuries. An autopsy concluded that he died of a brain injury caused by a gunshot wound. G.H.L. survived.

G.H.L. provided a statement to Mexican authorities in which she said that, on November 28, 2013, she was sleeping in her bedroom with Reyes Garcia and her two younger children, F.F.H. and G.F.H., when she heard someone push on her bedroom door several times. As she sat down at the end of the bed holding her youngest child in her arms, G.H.L. then noticed that Flores Robledo had entered the room. G.H.L. noticed that Flores Robledo was holding a black pistol in his hands as he screamed at her, "What did I say? You're going to die." Flores Robledo then pointed the pistol at her and shot her in the abdomen.

According to G.H.L., Reyes Garcia took G.H.L.'s daughter from her hands, put her down on the bed, and asked Flores Robledo to calm down. Flores Robledo then pointed the gun at Reyes Garcia's head and fired. Reyes Garcia fell to the ground and was bleeding severely from his head.

G.H.L. told authorities that she then called out to her oldest daughter, E.F.R., who was sleeping in a different bedroom nearby. As E.F.R. entered the bedroom, Flores Robledo was

pointing the gun at G.H.L. and threatening that if she did not die, he would kill her like he did Reyes Garcia. Flores Robledo then ran away.

E.F.R. also provided a statement to Mexican authorities about the events on November 28, 2013. E.F.R. stated that she was sleeping in her bedroom, when she was awoken around 1:00 a.m. by her mother calling for her. E.F.R. entered her mother's bedroom, saw her father, Flores Robledo, holding a black firearm aimed at her mother, and heard her siblings crying. According to E.F.R., Flores Robledo told her mother, G.H.L., "If you don't die, I'll come kill you when you least expect it, just how I killed this son of a bitch," and then ran away.

E.F.R. told authorities that after Flores Robledo left, she noticed her mother had a gunshot wound in her abdomen. She also saw that Reyes Garcia's face covered in blood and noticed his head was bleeding from what appeared to be a gunshot wound. After police officers arrived at their home, E.F.R. provided the police with a photograph of her father, Flores Robledo. She also told authorities that she was afraid Flores Robledo would return because he would frequently threaten her mother, herself, or her siblings.

Mexican authorities also obtained a statement from G.H.L.'s middle child, F.F.H., which was consistent with those provided by G.H.L. and E.F.R. Specifically, F.F.H. told authorities that, on the night in question, he saw Flores Robledo standing in the bedroom with a black pistol in his hand. He also saw Reyes Garcia lying down in a "pool" of blood and his mother with blood on her stomach.

On May 2, 2017, identification proceedings were conducted in which G.H.L. identified a photograph of Flores Robledo.

8. The offense with which Flores Robledo is charged and for which his extradition is sought

is provided for in Article 2 of the Treaty.

9. Flores Robledo may be found within the jurisdiction of this Court at 326 South San Bernardo Ave., San Antonio, Texas, 78237.

10. The Government of Mexico has represented that it will submit a formal request for extradition, supported by the documents specified in the Treaty, within the time required under the Treaty.

11. Flores Robledo would be likely to flee if he learned of the existence of a warrant for his arrest.

WHEREFORE, the undersigned requests that a warrant for the arrest of the aforenamed person be issued in accordance with 18 U.S.C. § 3184 and the extradition treaty between the United States and Mexico, and that this complaint and the warrant be placed under the seal of the Court, except as disclosure is needed for its execution, until such time as the warrant is executed.

Ray A. Gattinella
Assistant United States Attorney

Sworn to before me and subscribed in my presence this 15 day of September, 2021, at 1:20 pm.

Elizabeth S. Chestney
United States Magistrate Judge